UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | DEFENDANT ABDIAZIZ SHAFII |
| Plaintiff, | ) | FARAH'S MOTION TO CONTINUE THE |
| | ) | DETENTION HEARING |
| vs. | ) | |
| | ) | Crim. No. 24-173 (DSD/TNL) |
| Abdiaziz Shafii Farah, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Abdiaziz Shafii Farah, through undersigned counsel, hereby moves the Court for a continuance of the scheduled detention hearing tomorrow morning to permit counsel both to attend the hearing and to prepare for it. Undersigned counsel was just retained to represent Defendant Farah, has a conflict during the scheduled time tomorrow morning, and needs time to prepare for the hearing.

Opposing government counsel does not oppose this motion.

Dated: 2 July 2024                    Respectfully submitted,

*s/ Daniel L. Gerdts*

Daniel L. Gerdts (#207329)
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086
daniel@danielgerdtslaw.com