UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 24-173(1) (DSD/DLM)

United States of America,

        Plaintiff,

v.                                        **ORDER**

Abdiaziz Shafii Farah,

        Defendant.

    This matter is before the court upon the objections by defendant Abdiaziz Shafii Farah to the February 24, 2024, report and recommendation of Magistrate Judge Douglas L. Micko (R&R). In his report, the magistrate judge recommends denying defendant's motion to suppress evidence. Defendant timely objected to the R&R.

    The facts underlying this matter are not in dispute and will not be repeated here. The narrow issue presented is whether the magistrate judge correctly determined that the search warrant affidavit provided probable cause to search defendant's residence.

    The court has reviewed the R&R de novo, 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2(b), and finds that the magistrate judge was correct in his analysis and determination. Defendant reiterates his objections to the affidavit underlying the search warrant of his residence, but the court agrees with the magistrate judge that it was sufficient to

support a finding of probable cause. As a result, the court overrules defendant's objection to the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 145] is adopted in its entirety;

2. The objection to the R&R [ECF No. 149] is overruled; and

3. The motion to suppress evidence [ECF No. 119] is denied.

Dated: March 11, 2025

s/David S. Doty
Davis D. Doty, Judge
United States District Court