UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | DEFENDANT ABDIAZIZ SHAFII |
| Plaintiff, | ) | FARAH'S MOTION FOR AN |
| | ) | EXTENSION OF THE TIME TO FILE |
| vs. | ) | POSITION PLEADINGS |
| | ) | |
| Abdiaziz Shafii Farah, | ) | |
| | ) | Crim. No. 24-173 (DSD) |
| Defendant. | ) | |

Defendant Abdiaziz Shafii Farah, through his counsel, Daniel L. Gerdts, Esq., respectfully moves the Court for an extension of the time for filing position pleadings. The final presentence report was filed on 16 December 2025, while counsel was out of the country on vacation. The position pleadings are presently due for filing today.

Defendant requests that the due date for filing sentencing pleadings be extended until a date two weeks before the sentencing hearing. As of today, no sentencing date has been scheduled.

Dated: 30 December 2025

Respectfully submitted,

DANIEL L. GERDTS, LAWYER

s/ Daniel L. Gerdts

Daniel L. Gerdts (#207329)
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086