# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| | BEFORE: Hon. Eric C. Tostrud |
| | United States District Judge |
| Plaintiff, | |

| | | |
|---|---|---|
| v. | Case No.: | 24-CR-173(1) (ECT/DLM) |
| | Date: | July 22, 2026 |
| ABDIAZIZ SHAFII FARAH, | Court Reporter: | Tim Willette |
| | Courthouse: | St. Paul |
| | Courtroom: | 7D |
| | Time in Court: | 11:17 a.m. – 12:07 p.m. |
| | | 12:30 p.m. – 12:47 p.m. |
| Defendant. | Total Time: | 1 Hour 7 Minutes |

**APPEARANCES:**

| | |
|---|---|
| For Plaintiff: | Matthew Murphy and Rebecca Kline, United States Attorney's Office |
| For Defendant: | Daniel Gerdts, Gerdts Law PLLC |
| | ☐ FPD, ☐ CJA, ☑ Retained, ☐ Appointed |

Interpreter/Language:        None / English

☑ Hearing held on objections to the presentence report.
☑ Sentencing Hearing.

## IT IS ORDERED:

Defendant is sentenced to a total term of **120 Months** as follows:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 2 | X | | 120 Months* | | 3 Years** | | |

\* 120 months as to Count 2 to run consecutive to the term of imprisonment imposed in 22-CR-124; 0 months to run concurrent.  Of the 120 months, 12 months pertain to the statutory sentencing enhancement under 18 U.S.C. § 3147.

\*\* 3 years to be served concurrently to the term of supervised release imposed in 22-CR-124.

☑ Special Conditions of:                    *See J&C for special conditions.*

☑ Defendant sentenced to pay:
    ☑ Special assessment in the amount of $100.00 for Count 2.
☑ Counts 1, 3 and 4 dismissed by Government motion.
☑ ECF Nos. 223 – 229 to be sealed until 7/22/2066.
☑ Defendant remanded to the custody of the U.S. Marshal.

<u>s/ R. Morton</u>
Courtroom Deputy