UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          File No. 24-cr-173-1 (ECT/DLM)

     Plaintiff,

v.                                                                          **ORDER**

Abdiaziz Shafii Farah,

     Defendant.

Defendant Abdiaziz Shafii Farah has moved for an extension of time to file a notice of appeal pursuant to Federal Rule of Appellate Procedure 4(b)(4). ECF No. 235. Under that rule, "[u]pon a finding of excusable neglect or good cause, the district court may . . . extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed." Fed. R. App. P. 4(b)(4). Mr. Farah seeks an extension on the grounds that he requires additional time to consult with his attorney and has had difficulty doing so due to his incarceration. ECF No. 235. I find there is good cause to extend the time to file a notice of appeal, and therefore, Mr. Farah's motion will be granted in this respect.

Mr. Farah further seeks a recommendation from the Court that the U.S. Marshal delay transporting Mr. Farah to the Bureau of Prisons until after the time to file a notice of appeal has expired. *Id.* Federal Rule of Criminal Procedure 38(b)(2) provides that "[i]f the defendant is not released pending appeal, the court may recommend to the Attorney General that the defendant be confined near the place of the trial or appeal for a period

reasonably necessary to permit the defendant to assist in preparing the appeal." As I understand this rule, "preparing the appeal" includes the decision whether to file a notice of appeal. As a practical matter, this period should be relatively brief, and it makes better sense to give Mr. Farah the opportunity to consult with his counsel in person to decide whether to file a notice of appeal.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Defendant Abdiaziz Shafii Farah's motion [ECF No. 235] is **GRANTED** as follows:

1.    The deadline by which Mr. Farah shall file any notice of appeal is hereby extended to Friday, September 4, 2026.

2.    The Court recommends to the Attorney General that Mr. Farah be confined in Minnesota until Saturday, September 5, 2026.

Dated: August 3, 2026                                    s/ Eric C. Tostrud
                                                                      Eric C. Tostrud
                                                                      Chief Judge, United States District Court